LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351
Shapiro.lara@gmail.com

Attorney for Plaintiff,
Kim Streater

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM STREATER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 3:11-cv-03674-JSC<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS PURSUANT TO Civil L.R. 5<br><br>DATE SERVED: 9/16/2011<br>DATE ANSWER DUE: 10/6/2011<br>NEW ANSWER DATE: 11/5/2011 |

　　　　WHEREAS, the Complaint in the above-captioned matter was filed on July 29, 2011.

　　　　WHEREAS, the Complaint was served on September 16, 2011.

　　　　WHEREAS, the parties have agreed to an extension of time for Defendant to answer, object, or otherwise plead to the Complaint up to and including November 5, 2011.

1  WHEREAS, Plaintiff's counsel and Defendant's counsel are engaged in informal discovery and settlement negotiations and would like to continue negotiations prior to Defendant filing its Answer.

IT IS HEREBY STIPULATED between the parties, by and through their counsel of record, that Defendant's time to answer, object or otherwise plead to the Complaint in the above-referenced Civil Action shall be extended up to and including November 5, 2011.

Dated: October 6, 2011

                                            LARA SHAPIRO

By:   /s/  Lara R. Shapiro
                Lara R. Shapiro
Attorney for Plaintiff
Kim Streater

KRONICK, MOSKOVITZ,
TIEDEMANN & GIRARD

By:   /s/ Candice L. Fields
             Candice L. Fields
Attorneys for Defendant Diversified
Collection Services, Inc.

Dated: October 7, 2011

**GRANTED**
/s/ Jacqueline S. Corley
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

Case No. 3:11-cv-03674-JSC            Stip. To Ext. Time to Answer