LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351
Shapiro.lara@gmail.com

Attorney for Plaintiff,
Kim Streater

UNITED STATES DISTRICT COURT
DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM STREATER<br><br>Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 4:11-cv-03674-SBA<br><br>VOLUNTARY WITHDRAWAL |

Please take notice that Plaintiff voluntarily dismisses her complaint without prejudice, pursuant to FRCP 41(a)(1).

Dated: October 27, 2011          LARA SHAPIRO

                                 By: /s/  Lara R. Shapiro
                                          Lara R. Shapiro

                                 Attorney for Plaintiff
                                 Kim Streater